**FILED**
April 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG 07-0125 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
HARMAN SANDHU, )
)
Defendant. )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  HARMAN SANDHU , Case No.  MAG 07-0125 DAD , Charge  Title 21 USC §§ 841, 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $  150,000.00

_X_  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other)  Pretrial Services Supervision with conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 24, 2007  at  2:40  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge